723 S.E.2d 841

**The STATE, Respondent,**

v.

**Rita G. BIXBY, Appellant.**

Court of Appeals of South Carolina.

Decided Oct. 19, 2011.

Abbeville County, Trial Court Case No.2004–GS–01–00325; Alexander S. Macaulay, Judge.

## ORDER

This order addresses Appellant's motion to abate her case *ab initio* and withdraw opinion number 4768, refiled August 10, 2011. After a careful consideration of the motion, the Court finds Appellant passed away while her petition for rehearing was pending. Hence, the Court grants Appellant's request to abate the appeal and withdraw the opinion. However, the Court declines to find the abatement should be *ab initio*. *See State v. Anderson*, 281 S.C. 198, 199, 314 S.E.2d 597, 597 (1984) ("[T]he death of a criminal appellant, prior to

the disposition of his appeal, abates that appeal and constitutes grounds for its dismissal.").

/s/John C. Few, C.J.

/s/Paula H. Thomas, J.

/s/Daniel F. Pieper, J.